**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DARAK WILLIAMS, | : | Civil No. 1:25-CV-01446 |
| Plaintiff, | : | |
| v. | : | |
| DR. WAYNE ROSS, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, this 28th day of October, 2026, in accordance with the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1) Plaintiff's objection to the report and recommendation, Doc. 9, is **OVERRULED**.
2) The report and recommendation, Doc. 8, is **ADOPTED**.
3) This action is **DISMISSED WITHOUT PREJUDICE**.
4) The Clerk of Court shall close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania